■ In the Matter of TONNI L. HALL, Petitioner, v PHILIP L. TOIA, as Commissioner of the Department of Social Services of the State of New York, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent State commissioner, dated October 26, 1976 and made after a statutory fair hearing, which affirmed a determination of the local agency denying petitioner's application for medical assistance. Proceeding dismissed, without costs or disbursements. This proceeding does not present a justiciable issue (see *Amsterdam Mem. Hosp. v Cintron,* 52 AD2d 404). Suozzi, J. P., Lazer, Rabin and Cohalan, JJ., concur.

■ In the Matter of PATRICIA L. MATTHEWS, Appellant, v ALFRED J. MATTHEWS, Respondent.—In a proceeding to modify the child support provision of a divorce decree, the appeal is from an order of the Family Court, Nassau County, entered July 19, 1978, which (1) reduced the child support award from $180 per week to $60 per week and (2) denied the appellant mother's application for attorney's fees. Order modified, on the facts, by increasing the total child support award to $120 per week. As so modified, order affirmed, without costs or disbursements. The child support award was inadequate to the extent indicated. Titone, J. P., Shapiro, Martuscello and Mangano, JJ., concur.

■ In the Matter of ARCHIE WALKER, as Guardian ad Litem for MARGARET WALKER, Petitioner, v CARMEN SHANG, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the respondent Commissioner of the New York State Department of Social Services, dated September 22, 1977 and made after a statutory fair hearing, which affirmed a determination of the local agency denying Margaret Walker's application for medical assistance. Petition granted to the extent that the determination is annulled, on the law, without costs or disbursements, and respondents are directed to provide medical assistance to Margaret Walker from the date of her application. Proceeding otherwise dismissed. The determination was not supported by substantial evidence. Suozzi, J. P., O'Connor, Lazer and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM BAZEMORE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered August 23, 1977, convicting him of two counts of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Trial Term's factual determination that the challenged prospective juror would be fair and impartial is amply supported by the record. Damiani, J. P., O'Connor, Lazer and Gulotta, JJ., concur.